UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK PIÑA,

                              Plaintiff,

                -against-

DALE E. HO,

                              Defendant.

25-cv-4797 (KMW)

CIVIL JUDGMENT

For the reasons stated in the July 17, 2025, order, the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), under the doctrine of judicial immunity, is DISMISSED as frivolous, for failure to state a claim on which relief may be granted, and for seeking monetary relief against a defendant who is immune from such relief. See 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 18, 2025
         New York, New York

                                   /s/ Kimba M. Wood
                                   KIMBA M. WOOD
                                   United States District Judge